```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 15716
   PHILLIP MERRITT
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-0882


------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 08/29/2007 and was not confirmed.

      The case was dismissed without confirmation 11/08/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
LAKIA LITTLE               NOTICE ONLY    NOT FILED             .00           .00
IL DEPT OF HEALTHCARE &    PRIORITY         5110.57             .00           .00
IL DEPT OF HEALTHCARE &    UNSECURED        1716.28             .00           .00
INTERNAL REVENUE SERVICE   PRIORITY         3403.31             .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         221.56             .00           .00
APPLIED CARD BANK          UNSECURED       NOT FILED            .00           .00
ARMOR SYSTEMS CO           UNSECURED       NOT FILED            .00           .00
ARROW ACCEPTANCE CORP      UNSECURED       NOT FILED            .00           .00
CAPITAL MANAGEMENT SERVI   UNSECURED       NOT FILED            .00           .00
CALVARY PORTFOLIO SVCS     UNSECURED       NOT FILED            .00           .00
CBCS                       UNSECURED       NOT FILED            .00           .00
CHECK RECOVERY SYSTEMS     UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING    UNSECURED       NOT FILED            .00           .00
B-REAL LLC                 UNSECURED       NOT FILED            .00           .00
CREDIT PROTECTION          UNSECURED       NOT FILED            .00           .00
DEPENDON COLLECTION        UNSECURED       NOT FILED            .00           .00
MEDICAL BUSINESS BUREAU    UNSECURED       NOT FILED            .00           .00
PREMIUM ASSET RECOVERY C   UNSECURED         367.94             .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED        2176.11             .00           .00
MRC RECEIVABLES            UNSECURED       NOT FILED            .00           .00
NATIONAL CREDIT ADJUSTER   UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL              UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS      UNSECURED       NOT FILED            .00           .00
NATIONAL RECOVERIES INC    UNSECURED         114.10             .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED        1734.07             .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         229.69             .00           .00
R&R COUNTRY                UNSECURED       NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED            .00           .00
RJM AQUISITIONS FUNDING    UNSECURED       NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         212.58             .00           .00
ROUNDUP FUNDING LLC        UNSECURED         115.47             .00           .00
TARGET                     UNSECURED       NOT FILED            .00           .00
AFFILIATED GROUP           UNSECURED       NOT FILED            .00           .00

                        PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 15716 PHILLIP MERRITT
```

```
THORNTON FINANCIAL SERVI  UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        5537.99             .00             .00
ROUNDUP FUNDING LLC       UNSECURED         169.00             .00             .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                            RECEIPTS          DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                          ---------------    ---------------
TOTALS                          .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 02/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE




                           PAGE    2
         CASE NO. 07 B 15716 PHILLIP MERRITT